1  JOHN D. FORSYTH (CSBN 178341)
   Law Office of John D. Forsyth
2  2431 Fillmore Street
   San Francisco, California 94115
3  Telephone: 415-401-0729
   Facsimile: 415-401-7609
4  E-Mail: sotts@earthlink.net

5  Attorney for Defendant
   GREGORY KITTLING

6

7

8
                       UNITED STATES DISTRICT COURT
9
                     NORTHERN DISTRICT OF CALIFORNIA
10
                          SAN FRANCISCO DIVISION
11

12 | UNITED STATES OF AMERICA,        ) CASE NO. CR 3:13-MJ-70956 JSW
                                      )
13 |                                  ) STIPULATION AND [PROPOSED] ORDER
                                      ) DOCUMENTING WAIVER OF TIME UNDER
14 | v.                               ) RULE 5.1 AND EXCLUSION OF TIME UNDER
                                      ) THE SPEEDY TRIAL ACT
15 | GREGORY KITTLING                 )
                                      )
16 |     Defendants                   )
                                      )
17 |_____ )

18
        The parties, John D. Forsyth, Esq. on behalf of the defendant, GREGORY KITTLING, and
19
   Assistant United States Attorney Damali A. Taylor on behalf of the United States hereby request that the
20
   current February 14, 2014 date for preliminary hearing be continued until March 7, 2014 so that defense
21
   counsel and the government may review the voluminous discovery in this case and review a recently
22
   provided neuro-psychological examination and evaluation of the defendant by Amanda Gregory, Ph.D.
23
   The parties further request that, given the need to gather and examine discovery, time continue to be
24
   excluded under both Rule 5.1 and the Speedy Trial Act until March 7, 2014. Additional time is
25
   necessary review the evidence and investigate this case and it is in the best interest of the defendant to
26
   do so before formal charges are filed. In addition, defense counsel is expected to be in trial in
27

28 STIP AND [PROPOSED ORDER]
   CR 3:13-MJ-70956

                                                    1

1  Mendocino County on another matter during this time. The government agrees. To date, no time has
2  elapsed under either Rule 5.1 or the Speedy Trial Act. Accordingly, pursuant to Federal Rule of
3  Criminal Procedure 5.1, the Court would now be required to conduct a preliminary hearing on or before
4  March 7, unless, inter alia, the defendant, who is in custody, waives the preliminary hearing or is
5  indicted.

6      The parties agree that the ends of justice are served by granting such an exclusion of time
7  outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. section
8  3161(h)(7)(A).

10  Dated: February 4, 2014
11  SO STIPULATED:

12  _____
    JOHN FORSYTH
13  Counsel for GREGORY KITTLING

15  SO STIPULATED:  MELINDA HAAG
                    U.S. Attorney

17  _____/s/_____

18  DAMALI A. TAYLOR
19  Assistant U.S. Attorney

28  STIP AND [PROPOSED ORDER]
    CR 3:13-MJ-70956

[~~PROPOSED~~] ORDER

For the foregoing reasons, the Court HEREBY ORDERS that the date for preliminary hearing in this matter is re-set to March 7, 2014 at 9:30 a.m. unless, inter alia, the defendant, who is in custody, waives the preliminary hearing or is indicted. The Court finds that good cause is shown for extending the time limits set forth in Federal Rule of Criminal Procedure 5.1(c), and, further, concludes that the extension is proper under Rule 5.1(d) and Title 18, United States Code, Sections 3060 and 3161.

The Court finds that the failure to grant the requested extension would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice served by granting the requested extension outweigh the best interests of the public and the defendant in a speedy trial and in the prompt disposition of criminal cases. The Court also concludes that an exclusion of time through and including March 7, 2014, should be made under Title 18, United States Code, Sections 3161(h)(7)(A) and 3161 (h)(7)(B)(iv). The Court also finds that the ends of justice served by an exclusion of time through and including March 7, 2014 outweigh the best interest of the public and the defendant in a speedy trial. Id. section 3161(h)(7)(A).

IT IS SO ORDERED.

DATED: 2-7-14

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge

MARIA-ELENA JAMES
UNITED STATES MAGISTRATE JUDGE

STIP AND [PROPOSED ORDER]
CR 3:13-MJ-70956

3