MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

DAMALI A. TAYLOR (CABN 262489)
Assistant United States Attorney
   450 Golden Gate Ave., Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7200
   Fax: (415) 436-7234
   E-Mail: damali.taylor@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> v. <br><br> GREGORY KITTLING, <br>    Defendant. | CASE NO. CR 14-0155 WHO <br><br> STIPULATION AND ORDER CONTINUING SENTENCING HEARING |

    The parties, Assistant United States Attorney Damali Taylor on behalf of the United States and John Forsyth, Esquire, on behalf of the defendant, GREGORY KITTLING, hereby request that the current June 12, 2014 sentencing date be continued until July 17, 2014, as government counsel will be out of the district on June 12, 2014. July 17, 2014 is the next convenient date for all parties. The parties have consulted with the Probation Officer, who is available on July 17, 2014. Because the defendant has already pled guilty pursuant to an agreement negotiated by the parties, there is no need for an exclusion of time under the Speedy Trial Act.

//

//

STIPULATION AND ORDER
CR 14-155 WHO

SO STIPULATED:

MELINDA HAAG
United States Attorney

DATED: May 12, 2014                         /s/
DAMALI A. TAYLOR
Assistant United States Attorney

DATED: May 12, 2014                         /s/
JOHN FORSYTH
Counsel for the Defendant

ORDER

For the foregoing reasons, the Court HEREBY ORDERS that the date for sentencing in this matter is re-set to July 17, 2014, at 1:30 p.m.

IT IS SO ORDERED.

Dated: May 12, 2014

WILLIAM H. ORRICK
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER
CR 14-155 WHO