UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES,<br>   Plaintiff,<br>  v.<br>KITTLING,<br>   Defendant. | Case No. 14-cr-00155-WHO-1<br><br>**ORDER DENYING MOTION FOR SENTENCE REDUCTION**<br>Re: Dkt. No. 43 |

  Gregory Kittling moves *pro se* for a sentence reduction by two levels as a result of the United States Sentencing Commission's amendment to Policy Statement 1B1.10 authorizing retroactive changes to guidelines applicable to sentences imposed for certain drug-related convictions. Dkt. No.43. His motion is governed by Miscellaneous Order 2014.10.14, Procedure for Post-Judgment Review of Sentences Pursuant to United States Sentencing Commission's Amendment to Policy Statement § 1.B1.10. In accordance with that Order, the Federal Public Defender's Office, the Probation Office, and the United States Attorney's Office were notified of the filing of his motion. More than 30 days have elapsed since that notice and I am empowered to decide his motion.

  Mr. Kittling has already been given the reduction he seeks. His Plea Agreement, dated March 25, 2014, reflects that two points were taken off the calculation of the Guidelines as "Guideline Reduction Effective November 1, 2014, but incorporated herein by agreement of the parties." Dkt. No. 34, p.3. When I sentenced Mr. Kittling on July 17, 2014, I accepted the Plea Agreement's recommendation and sentenced him to 72 months in custody.[1] To make matters

---

[1] I accepted the Plea Agreement's recommendation even though I calculated the base offense level to be four levels higher than the Plea Agreement indicated.

crystal clear, Mr. Kittling also agreed in paragraph 8 of the Plea Agreement:

> I further understand that the U.S. Sentencing Commission may issue an amendment to the Sentencing Guidelines governing drug trafficking offenses (§ 2D.1) that would lower the Base Offense Levels in the Drug Quantity Table by two levels.  I acknowledge that, by this agreement for 72 months in prison, I am already receiving the benefit of any such modification of the Guidelines.  Consequently, consistent with my agreement in paragraph 5 of this agreement not to seek relief under 18 U.S. C. § 3582, I will not seek any further reduction in my sentence based on the proposed two-level decrease in the Guidelines.

Because the reduction caused by the Sentencing Commission's amendment to Policy Statement § 1.B1.10 has already been given prospectively, and in light of Mr. Kittling's Plea Agreement where he agreed not to seek any further reduction in his sentence based on the two-level decrease, there is no basis to apply the reduction twice.  His motion is DENIED.

**IT IS SO ORDERED**.

Dated: February 5, 2015



WILLIAM H. ORRICK
United States District Judge